STARKE
*v.*
BURKE ET AL.

---

## SAME CASE—ON REHEARING GRANTED TO ELLICOTT & CO.

SLIDELL, C. J. It is ordered, adjudged and decreed, that the judgment of the District Court against the appellants, *E. T. Ellicott & Co.*, be reversed; that there be judgment in favor of said appellants and defendants; the costs of the suit, as to them in both courts, to be paid by the plaintiff.

---

## SAME CASE—ON REHEARING.

SLIDELL, C. J. The court having reconsidered this case, and being of opinion that its former judgment should not be disturbed, except as to *Harrod, Stanton*, the succession of *Landis*, and the sucession of *Whitney*, as to whom the court is of opinion that the cause should be subjected to further investigation.

It is therefore ordered, that as to the following appellants, to wit, the *Commercial Bank, Simon, Turner & Renshaw, Hubbell, Watt, Nichols, Reed, Burke, Watt & Co., the Bank of the United States, Burthe, Ellicott & Co.,* as to whom a rehearing was granted, the judgment of this court rendered at the December term, 1853, remain undisturbed.

And it is further ordered, that as to the appellants following, to wit, the successon of *Landis, Stanton*, succession of *J. P. Whitney*, and *Charles Harrod*, the judgment rendered by this court, and by the court below, be reversed, and that this cause, as to them, be remanded for a new trial, and for further proceedings according to law; the plaintiff paying, as to said last named persons, the costs of the appeal.